UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUAVONE REED,

          Plaintiff,

v.

CITY OF RIVER ROUGE and
SERGEANT SERGIO OLIVITO,

          Defendants.
                                              /

Case No. 2:23-cv-10175

HONORABLE STEPHEN J. MURPHY, III

## **ORDER STAYING AND ADMINISTRATIVELY CLOSING THE CASE**

The parties informed the Court's chambers of a stipulation to stay the case until the resolution of the criminal charges against Defendant Sergeant Olivito. Because the charges arise out of the same incident as that at issue in the instant case, the Court will grant the stay.

Additionally, the Court will administratively close the case because the Court anticipates that the case will lie dormant for many months while the criminal case is pending resolution. "Administrative closures are a tool of docket management. Existing outside the Federal Rules of Civil Procedure, administrative closures primarily serve as a method to shelve pending, but dormant, cases." *Rodriguez v. Hirshberg Acceptance Corp.*, 62 F.4th 270, 274 (6th Cir. 2023) (cleaned up). Administrative closures "amount to an essentially ad hoc way in which courts remove cases from their active files without making any final adjudication." *Id.* (cleaned up). Importantly, "the closing has no effect other than to remove a case from the district

1

court's active docket and permit the transfer of records associated with the case to an appropriate storage repository." *Id.* (cleaned up). Because an administrative closure has no effect on the disposition of the case, "an administrative closure is not tantamount to a formal dismissal of a case," which is appealable. *Id.* The parties may move to reopen the case upon resolution of the criminal charges against Defendant Sergeant Olivito.

**WHEREFORE**, it is hereby **ORDERED** that the case is **STAYED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court must **ADMINISTRATIVELY CLOSE** the case.

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: January 22, 2024

# **STIPULATION**

The individual Defendant in this matter, **SGT. SERGIO OLIVITO**, having been charged with crimes arising out of this incident by the Wayne County Prosecutor's Office, and all parties agreeable hereto,

**IT IS HEREBY ORDERED** that this matter be stayed until the resolution of the criminal matter against Defendant, **SGT. SERVIO OLIVITO**.

Defendants are obligated to report to the Court within thirty (30) days of the resolution of the criminal matter.

Approved for entry:

| | |
|---|---|
| FIEGER, FIEGER, KENNEY & HARRINGTON, P.C. | McGRAW MORRIS P.C. |
| /s/KEVIN C. RIDDLE (w/consent) <br> KEVIN C. RIDDLE (P57435) <br> Attorneys for Plaintiff | /s/G. GUS MORRIS <br> G. GUS MORRIS (P32960) <br> Attorneys for Defendant Olivito |
| | POTTER, DeAGOSTINO, O'DEA & CLARK |
| | /s/ROBERT C. CLARK (w/consent) <br> ROBERT C. CLARK (P76359) <br> Attorneys for Def City of River Rouge |

3